VIRGINIA WESTERN DISTRICT COURT LYNCHBURG, VARGINA

Angela Nails,
    Plaintiff,
Vs.                                      Case Number 6:22CV00018
Liberty University,
Liberty University Financial Aid,
Liberty University Financial Aid Employees,
    Defendants,

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 08 2022

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## NEGLIGENCE

The Plaintiff Angela Nails is filing this civil suit against the Defendants Liberty University, Liberty University Financial Aid, Liberty University Financial Aid Employees base on the Department of Education guidelines for not offering Financial Aid to the Plaintiff Angela Nails a Liberty University Student. The Defendant Liberty University enrolled a non-bachelor's degree student into courses on a master's degree level. Under the Department of Education every student must have a bachelor's degree before continuing onto the next degree courses a master's degrees and students must have master's degree(s) to continue onto a doctoral study program the guidelines of the Department of Education. The Plaintiff Angela Nails filed several disputes with the Liberty University enrollment team and there was not any resolution to Grant the Plaintiff Angela Nails any Financial Aid for the enrollment to earn the Plaintiff a master's degree by being enrolled with Liberty University. The issues the Plaintiff is having is the cause coming from the actions the Defendant Liberty University, Liberty University Financial Aid, Liberty University Financial Aid Employees. The Plaintiff Angela Nails civil action is based on the Department of Education guidelines and the Financial Aid laws govern by the Department of Education and other Departments govern by the education of United States Universities. One the civil action being taken because of lack of issuance of Financial Aid given to the Plaintiff Angela

Nails and Granting access to courses on a master's degree level with the Plaintiff Angela Nails having a bachelor's degree in any Undergrade study.

## REPLACEMENTS

The Plaintiff Angela Nails ask for the replacements of Financial Aid and the legal action of replacement for negligence behavior toward the Liberty University student the Plaintiff Angela Nails. The replacements $1,000.000.00 this amount will give back to the Plaintiff the obligation of support and acknowledgement toward the decisions made not to act on the Plaintiff receiving Financial Aid for the Plaintiff Angela Nails master's degree study and the wrong doing that the Plaintiff Angela Nails was place into a master degree study program without the Plaintiff Angela Nails consent to be added into online course with the proper education or the Plaintiff Angela Nails knowledge of what level program the Plaintiff Angela Nails was enrolled into from the enrollment department of the Defendant Liberty University.

## DEFENDANTS SERVICE ADDRESS

The address for Liberty University 1971 University Blvd Lynchburg, VA 24515.

_____
*Angela Nails*
ANGELA NAILS
nailsangela90@yahoo.com

## METHOD OF SERVICE

The Plaintiff Angela Nails used United States mail on 9/30/2020 to mail the Plaintiff Angela Nails civil action to the Federal Courthouse address 1101 Court Street # 166 Lynchburg, VA 24504. 4-4-2022 mail the Complaint.

*Angela Nails*

ANGELA NAILS
nailsangela90@yahoo.com